1  Ryan Lee, Esq. (SBN 235879)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA 90025
3  T: (323) 988-2400; F: (866) 802-0021
   rlee@consumerlawcenter.com
4  Attorneys for Plaintiff,
   MARY PALOMO
5

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 22 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 X
JS-2/JS-3 ___
Scan Only ___

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| MARY PALOMO, | Case No.: SACV 10-01570 CJC (Ex) |
| Plaintiff, | |
| v. | [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE |
| ACCOUNT MANAGEMENT SERVICES, | |
| Defendant. | |

Based upon the Voluntary Dismissal by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: 11/22/10

_____
The Honorable Judge
United States District Judge

1